JS6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STEARNS LENDING, INC., a California Corporation fka FIRST PACIFIC FINANCIAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>L.A.P. HOLDINGS, LLC; ALEX PHAM; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: SACV 07-617-AG(SSx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date:    June 2, 2008<br>Time:    2:00 p.m.<br>Courtroom: 10D |

    The above-entitled case came on regularly for default hearing on June 2, 2008, at 2:00 p.m. at the above-entitled Court located at 411 West Fourth Street, Santa Ana, California, as to defendant L.A.P. Holdings, LLC.

    The Court took the matter under submission and, having read the testimony submitted by declaration and considered the evidence, makes the following findings and conclusions and **HEREBY ADJUDGES, ORDERS AND DECREES:**

    1.    Judgment shall be entered in favor of Plaintiff Stearns Lending, Inc. against Defendant L.A.P. Holdings, LLC on the terms set forth in the following paragraphs.

    2.    Plaintiff is entitled to Judgment in the amount of $19,419.00.

3.     Plaintiff is also entitled to an award of attorneys' fees in the amount of $13,145.00 and to costs in the amount of $1,021.24.

4.     Judgment is hereby entered against Defendant L.A.P. Holdings, LLC in the amount of $19,419.00 plus $13,145.00 for attorneys' fees, plus $1,021.24 for costs, resulting in a total judgment against Defendant L.A.P. Holdings, LLC in the amount of $33,585.24.

**IT IS SO ORDERED.**

Dated: August 7, 2008

_____
HONORABLE ANDREW GUILFORD